LYNN M. DEAN, Cal. Bar No. 205562
E-mail: deanl@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
E-mail: terceror@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591
Telephone: (323) 965-3998
Facsimile: (213) 443-1905

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>ANDREW T.E. COLDICUTT and LAW OFFICE OF ANDREW COLDICUTT,<br><br>Respondents. | Case No. 2:17-mc-00068-CAS (AFMx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED |

1

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Investigative Subpoenas against Respondents Andrew T.E. Coldicutt and the Law Office of Andrew Coldicutt (collectively, "Respondents"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Investigative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on June 5, 2017, at 10:00 a.m, or as soon thereafter as the parties can be heard, the Respondents shall appear before the Honorable CHRISTINA A SNYDER, United States District Court, in Courtroom 8D, located at 350 W. First St., 8th Floor, L.A., CA 90012, to show cause, if there be any, why an Order Compelling Compliance with Investigative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, such that they arrive no later than 5:00 p.m. (PST), on May 22, 2017.

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of said Order, or any reply papers, may be

accomplished by electronic mail, facsimile, United Parcel Service or personal service.

Dated: May 11, 2017

_____
*Christina A. Snyder*
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE COURT JUDGE